IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONYA FULBRIGHT                                                                                    PLAINTIFF

v.                              NO. 1:19-cv-00025 PSH

ANDREW SAUL, Commissioner of                                                       DEFENDANT
the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for plaintiff Tonya Fulbright.

IT IS SO ORDERED this 12th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE